IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

ORANGE STATE REALTY, INC.                                                                    PLAINTIFF

v.                                        Case No. 1:22-cv-1031

HOBBY LOBBY STORES, INC.                                                                   DEFENDANT

## ORDER

Before the Court is Plaintiff's Motion to Dismiss with Prejudice.  ECF No. 15.  Plaintiff moves the Court to dismiss its claims against Defendant.  Upon consideration, the Court finds that the motion should be and hereby is **GRANTED**.  Pursuant to Federal Rule of Civil Procedure 41(a)(2), Plaintiff's claims against Defendant are **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**, this 30th day of June, 2023.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge